## Blakely Printing Company, Appellee, v. Fort Dearborn Mercantile Company, Appellant.

### Gen. No. 42,596.

Heard in the second division, first district, this court at the April term, 1943; opinion filed January 18, 1944. Bullinger, Michels & Dicus, for appellant; R. A. Bullinger and Frank Michels, of counsel; Harry M. Brostoff, for appellee; Harold J. Finder and J. Norman Goddess, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.